**IT IS SO ORDERED.**

Dated: 4 March, 2020 11:06 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 19-17543 |
| Heather Marie Banhidy | Chapter 13 |
| Debtor(s). | Judge Jessica E. Price Smith |

**AGREED ORDER RESOLVING IN REM MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE TIKI SERIES III TRUST FOR RELIEF FROM STAY AND FOR ORDER UNDER 11 U.S.C. §362(d)(4) WHICH UPON RECORDATION SHALL BE EFFECTIVE AGAINST DEBTOR, THE ESTATE OF CO-DEBTOR STEPHEN F BANHIDY, AND ANY PARTY TO WHOM THEY MAY TRANSFER THE REAL PROPERTY LOCATED AT 27226 COOK ROAD, OLMSTED FALLS, OH 44138 FOR TWO YEARS**

This cause coming to be heard on the Motion of US Bank Trust National Association, as Trustee of the Tiki Series III Trust (USB) for In Rem relief from the stay as docket 28, in regard to the property located at 27226 Cook Road, Olmsted Falls, OH 44138, and the Court having jurisdiction over the subject matter:

IT IS, THEREFORE ORDERED that beginning with the first plan payment due after the filing of this instant matter, the Debtor shall commence making timely plan payments, which payments include the payment due USB for the monthly mortgage payments, such that the Trustee is the disbursing agent for the mortgage payments, and continue to do so throughout the pendency of this instant bankruptcy;

IT IS, FURTHER ORDERED that a plan payment is considered timely if the full monthly plan payment is tendered to the office of the Chapter 13 Trustee Lauren A. Helbling on or before the tenth (10th) day of each month;

IT IS, FURTHER ORDERED that if the Chapter 13 Trustee fails to receive a timely post-petition plan payment, and the Debtor thereafter, after notice from USB, fails to cure the one month default within fourteen (14) days of notice, the automatic stay shall be terminated without further order of Court, as to USB, its principals, agents, successors and/or assigns as to the real property identified above identified above, upon the filing of notice of same with the Clerk of the Court;

IT IS, FURTHER ORDERED in the event the instant bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

###

SUBMITTED AND APPROVED BY:

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ *[signature]*
William J. Balena  6079641
Balena Law Firm LLC
30400 Detroit Road, Suite 106
Westlake, OH 44145
Phone: (440) 365-2000
Fax: (866) 936-6113
Email: docket@ohbksource.com
Attorney for Debtor(s)

COPIES TO:

William J. Balena, Debtor's Counsel, docket@ohbksource.com (VIA ECF MAIL)
Lauren A. Helbling, Trustee, ch13trustee@ch13cleve.com (VIA ECF MAIL)
Office of the U.S. Trustee, at (registeredaddress)@usdoj.gov (VIA ECF MAIL)
Heather Marie Banhidy, Debtor, 27226 Cook Road, Olmsted Falls, OH 44138 (VIA U.S. MAIL)