# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-17543 |
|     Heather Marie Banhidy | ) | Chapter 13 Proceedings |
|                 Debtor. | ) | Judge Jessica Price Smith |

## TRUSTEE'S OBJECTION TO APPLICATION FOR PROFESSIONAL COMPENSATION

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby objects to the attorney's Application for Professional Compensation (the "Application"). In support of this objection, Trustee makes the following representations to the Court:

1. On February 2, 2021, Attorney William J. Balena ("Attorney Balena") filed the Application for Professional Compensation requesting attorney fees in the amount of $8,250.28, which $1,375.00 was paid prior to the filing and $6,875.28 is to be paid through the Chapter 13 plan (the "Plan").

2. Upon Trustee's review of the Application, particularly the time entries included, Trustee reviewed two (2) time entries dated "3/18/20" relating to the drafting of a Second Motion to Modify, wherein Attorney Balena indicates 1.20 hours spent on this item totaling $390.00. Trustee considers this amount of time for the preparation of this motion to be excessive since the cause of this modification was due to the omission of a check box in Part 1.1 of the previous Plan and Attorney Balena previously billed 2.00 hours to create the modified plan that contained the omission. Trustee does not believe Attorney Balena should be charging his client for a clerical omission made on his part and therefore submits said request should be reduced accordingly.

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to sustain his objection and reduce the Application for the aforementioned reasons cited.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on February 9, 2021, a true and correct copy of the Trustee's Objection to Application for Professional Compensation was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

William J. Balena, on behalf of Heather Marie Banhidy Debtor(s), at docket@ohbksource.com

And by regular U.S. mail, postage prepaid, on:

Heather Marie Banhidy, Debtor at 27226 Cook Road, Olmsted Twp., OH  44138

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
ch13trustee@ch13cleve.com